UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THE WILLIAM M. YARBROUGH FOUNDATION and ZANFEL LABORATORIES, INC.**

      Plaintiff(s),                      Case No: 1:06-CV-0348
                                                 Hon. Avern C. Cohn

v.

**RITE AID CORPORATION,
CADE LABORATORIES, LLC, and
CADEY O'LEARY.**
      Defendant(s).
_____/

## ORDER GRANTING MCGARRY BAIR'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANTS

WHEREAS, on February 13, 2008, the Court held a telephonic motion hearing regarding McGarry Bair's Motion to Withdraw as Attorney for Defendants Rite Aid Corporation, CADE Laboratories, and Cadey O'Leary (Docket No. 216), with all counsel of record, attorney Bart Loethen on behalf of Cadey O'Leary and CADE Laboratories, and attorney Ron Chima on behalf of Rite Aid Corporation, the Court hereby grants McGarry Bair's motion to withdraw as counsel for Defendants Rite Aid Corporation, CADE Laboratories LLC and Cade O'Leary.

      IT IS SO ORDERED.


Dated: February 14, 2008                       s/Avern Cohn
                                                 Hon. Avern C. Cohn